**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

ELIZABETH AIDA HASKELL;
REGINALD ENTO; JEFFREY PATRICK
LYONS, JR.; AAKASH DESAI, on
behalf of themselves and others
similarly situated,
*Plaintiffs-Appellants*,

v.

KAMALA D. HARRIS, Attorney
General; EVA STEINBERGER,
Assistant Bureau Chief for DNA
Programs, California Department of
Justice,
*Defendants-Appellees*.

No. 10-15152

D.C. No.
3:09-cv-04779-
CRB

ORDER

Filed August 14, 2013

KOZINSKI, Chief Judge:

In light of *Maryland* v. *King*, 569 U.S. ___ , No. 12-207 (June 3, 2013) and the parties' supplemental briefs, this case will be re-argued before the en banc court during the week of December 9, 2013, in San Francisco, California. The date and time will be determined by separate order. For further information or special requests regarding

scheduling, please contact Deputy Clerk Paul Keller at
paul_keller@ca9.uscourts.gov or (415) 355-8026.

The court grants leave pursuant to Fed. R. App. P. 29(a)
to any amicus wishing to file a brief bearing on the issues to
be re-argued, so long as it is filed no later than October 28,
2013, and does not exceed 2,500 words.